# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| KEVIN T. UPKINS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-140 |
| | * | |
| v. | * | |
| | * | |
| FNU COLEMAN; FNU WICKER; FNU TOOLE; and FNU SHEPHARD, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 30. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion to Dismiss, **DISMISSES** Plaintiff's Complaint based on his failure to exhaust his available administrative remedies, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment. The Court also **DENIES** Plaintiff *in forma*

*pauperis* status on appeal.

**SO ORDERED**, this ___1___ day of ___July___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA